## William Milhahn et al., Appellants, v. Ward A. Wickwire, Appellee.

Term No. 4707.

opinion filed January 31, 1948; released for publication February 26, 1948. J. W. Templeman, Erma Templeman and John R. Morrow, for appellants; John R. Morrow, of counsel; Wham & Wham, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.